DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Parmaei<br><br>Case below:<br>180 N.C. App. 179 | No. 618P06 | Def's PDR Under N.C.G.S. § 7A-31 (COA06-120) | Denied<br>05/03/07 |
| State v. Partridge<br><br>Case below:<br>179 N.C. App. 227 | No. 570P06 | Def's PWC to Review Decision of COA (COA05-1482) | Denied<br>05/03/07 |
| State v. Phelps<br><br>Case below:<br>166 N.C. App. 518 | No. 566P06 | Def's PWC (COA04-298) | Dismissed<br>05/03/07 |
| State v. Poke<br><br>Case below:<br>178 N.C. App. 742 | No. 434P06 | 1. Def's NOA Based Upon a Constitutional Question (COA05-1003)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. 7A-31 | 1. ——<br><br><br><br>2. Allowed<br>05/03/07<br><br>3. Denied<br>05/03/07 |
| State v. Rashidi<br><br>Case below:<br>172 N.C. App. 628 | No. 510A05-2 | Def-Appellant's Motion to Relieve Def from the Court's Adverse Judgment (COA04-311) | Dismissed<br>05/03/07 |
| State v. Reed<br><br>Case below:<br>182 N.C. App. ——<br>(6 March 2007) | No. 141P07 | AG's Motion for Temporary Stay (COA06-400) | Allowed<br>03/23/07 |
| State v. Ridley<br><br>Case below:<br>177 N.C. App. 463 | No. 272P06 | AG's Motion for Temporary Stay (COA03-1543) | Allowed<br>05/18/06<br><br>**Hudson, J., Recused** |
| State v. Risher<br><br>Case below:<br>179 N.C. App. 865 | No. 595P06 | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA05-1249)<br><br>2. Def's Motion to Stay Mandate Pending PDR<br><br>3. Def's Petition for Writ of Supersedeas | 1. Denied<br>05/03/07<br><br>2. Denied<br>11/22/06<br><br>3. Denied<br>05/03/07 |